1:19mj3195

## AFFIDAVIT

Affiant, Stephanie M. Laughlin, Special Agent (SA) of the Drug Enforcement Administration (DEA), United States Department of Justice, being duly sworn, do depose and state that:

## INTRODUCTION

1.      Affiant is an officer or employee of the United States Department of Justice, Drug Enforcement Administration (DEA) within meaning of Title 18, United States Code, Section 2510(7), and is empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.   At all times mentioned herein, Affiant has been acting in an official capacity as a Special Agent with the DEA.

2.      Based on facts stated herein, Affiant submits this affidavit in support of a criminal complaint and arrest warrant for STEVEN AL-JAY HINDS, and submits that there is probable cause to believe that STEVEN AL-JAY HINDS, on or about June 18, 2019, in Cleveland, Ohio, in the Northern District of Ohio: (i) knowing he was an alien illegally or unlawfully in the United States, knowingly possessed a firearm, to wit, a North American Arms .22 caliber Derringer serial #L200190 and a Smith & Wesson .357 magnum revolver, serial #CWZ3207, and the firearm was in and affecting commerce, in violation of 18 U.S.C. § 922(g)(5); and (ii) knowingly

- 2 -

possessed with intent to distribute a mixture or substance containing a detectable amount of fentanyl and 4-ANPP, Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

## TRAINING AND EXPERIENCE

3.     Affiant is currently assigned to the DEA's Cleveland District Office as a Special Agent.   Affiant has participated in and conducted investigations targeting individuals and organizations involved in the unlawful importation, possession and distribution of controlled substances in the Northern District of Ohio and elsewhere. Affiant has also received specialized training in narcotics, narcotics trafficking, money laundering and various techniques for investigating persons and organizations engaged in this unlawful conduct.

## SUBJECT

4.     This affidavit is regarding STEVEN AL-JAY HINDS with a birth date in 1991, no Social Security Number, FBI No. 853THT06M, and Alien No. 215979085.   HINDS is a black male, 5'11, 145 pounds, with brown hair, brown eyes.

- 3 -

## FACTS AND CIRCUMSTANCES REGARDING PROBABLE CAUSE

5.    Except where otherwise noted, the information set forth in this Affidavit has been provided to Affiant directly or indirectly by investigators with the DEA, Ohio State Highway Patrol or other law enforcement officers.   Unless otherwise noted, wherever in this affidavit Affiant asserts a statement was made, the information was provided by another law enforcement officer (who may have either direct or hearsay knowledge of the statement) to whom Affiant has spoken or whose report Affiant has read and reviewed.   Such statements are among many statements made by others, and are stated in substance unless otherwise indicated.

6.    On June 18, 2019, the Ohio State Highway Patrol (OSHP) Special Response Team (SRT) responded to 4251 East 126th Street, Cleveland, Ohio, in an attempt to locate an individual with active felony arrest warrants through the Cuyahoga County Common Pleas Court.  During the investigation, members of OSHP SRT observed narcotics in plain view within the East 126th Street residence, and contacted the DEA Cleveland District Office regarding the observations. Several individuals were detained from within the residence by OSHP SRT, including STEVEN AL-JAY HINDS.

7.    On the same date, DEA TFO Christopher Giordano obtained a State of Ohio narcotics search warrant for 4251 East 126 Street, Cleveland, Ohio. The Search

- 4 -

Warrant was signed by the Honorable Judge Steven E. Gall of the Cuyahoga County Common Pleas Court. At approximately 5:58pm, the search warrant was executed on the 4251 East 126th Street residence by members of the Cleveland DO and OSHP.

8.     During the execution of the search warrant, a thorough search of the residence was conducted, resulting in the seizure of approximately 29 grams (or approximately 328 tablets) of fentanyl and 4-ANPP mixture, 11,159 grams of marijuana, and approximately 7 grams of cocaine hydrochloride.   Three firearms were also located in the residence, including a Taurus TCP .380 caliber pistol, a Smith & Wesson .357 magnum revolver, and a North American Arms Derringer .22 caliber handgun.   Additional ammunition and a ballistic vest were also located within the residence.

9.     During the search, several of the above listed items were recovered in the Southwest Bedroom of the residence, including two loaded firearms, a bulletproof vest, a loaded drum magazine, and suspected narcotics.   The loaded Smith & Wesson .357 revolver was located on top of a shoe rack containing men's shoes, hidden under ball caps. Located within the men's shoes were three baggies containing various amounts of blue pills (fentanyl/4-ANPP mixture) and a baggie containing white powder (cocaine hydrochloride).   A black shoulder bag hanging on the closet door within the southwest bedroom was found to contain the loaded

- 5 -

.22 caliber Derringer firearm, a wallet containing a United States Virgin Islands identification card (believed to be fraudulent) of HINDS, and HINDS's passport from Jamaica.

10.     During the search warrant execution at the East 126th Street residence, Affiant and TFO Giordano conducted field interviews with the occupants of the residence. In a post-Miranda interview, HINDS advised he did not live at the residence and had only stayed overnight to visit with his friend and his girlfriend, Chamari Atkinson.   HINDS stated he left his black bag containing his identification (Passport/Virgin Islands Identification Card) and US currency in the second floor bedroom at the location.   Affiant and TFO Giordano asked HINDS about the items found in the Southwest Bedroom and HINDS initially denied any knowledge or ownership of the seized items.   Investigators then advised HINDS that due to the obvious amount of HINDS's personal items in the bedroom, (i.e, his credit cards, bank receipts, and other personal effects), he was obviously being untruthful about having no knowledge a firearm located in his black shoulder bag.   HINDS eventually admitted ownership of the .22 caliber Derringer firearm located in the bag with his identification.   HINDS advised he purchased the .22 caliber Derringer firearm approximately two (2) months ago for approximately $50.00 US currency.

- 6 -

11.     During a post-Miranda field interview with Chamari Atkinson, Atkinson advised Affiant and TFO Giordano she did not reside at the 4251 East 126th Street residence and was there to visit her boyfriend, HINDS.  Atkinson advised investigators that she believed HINDS resided at 4251 East 126th Street, Cleveland, Ohio and knew no one else at the address.

12.     All subjects detained at the 4251 East 126th Street, Cleveland, Ohio residence during the execution of the search warrant were checked for outstanding warrants.  One individual was found to have an outstanding warrant and was arrested by OSHP.   All others were released on scene pending laboratory results on the suspected narcotics.

13.     On July 18, 2019, a traffic stop was conducted on a blue Chevrolet Impala bearing Pennsylvania license plate KSK5292 on Interstate 80 West near Mile Post 190 by the Ohio State Highway Patrol.   Upon approach, OSHP Trooper Kelley observed marijuana residue on the center console and detected the odor of raw marijuana within the vehicle.   OSHP Trooper Kelley asked the driver, later found to be Kevawn Barnes, for his identification.   Barnes, who spoke in a Jamaican accent, provided OSHP Trooper Kelley with a Florida driver's license in the name of Anthony R. Williams, Jr.   During a pat-down of Barnes, a small bag of marijuana

- 7 -

was located in Barnes's left pants pocket. OSHP Trooper Boyer spoke with the passenger of the vehicle, who was identified as HINDS.

14.    Subsequent to a search of the vehicle, OSHP Troopers located an unknown amount of US currency within the center console of the vehicle.   Upon searching a black bag belonging to HINDS[1], OSHP Trooper Kelley located more US currency[2], bound with the same black rubber bands as the U.S currency located in the center console.   OSHP Kelley also located a plastic bag containing small black rubber bands, consistent with the black rubber bands found on the US currency in both HINDS's bag and within the center console.   An odor of raw marijuana and marijuana shake was also found throughout the trunk of the vehicle.

15.    Barnes and HINDS were both read their Miranda rights. Barnes was uncooperative and would not provide any information regarding the U.S. currency located in the vehicle or his true identity.   HINDS stated the money located in his black bag belonged to him and stated part of the money in the center console was his and part belonged to Barnes.   HINDS did not further elaborate on how much of the money belonged to him.

---

[1]      The black bag belonging to HINDS located during the OSHP traffic stop was the same black bag investigators observed in a bedroom believed to belong to HINDS during the execution of a search warrant on June 18, 2019 at 4215 East 126th Street, Cleveland, Ohio.

[2]      Based on the method in which the US currency was bound, and the evidence of marijuana throughout the vehicle, Affiant believes, based on her training and experience, the US currency located in the center console and within HINDS' bag to be drug proceeds.

- 8 -

16.    OSHP contacted Customs and Border Patrol to assist in identification of the occupants of the vehicle.  Barnes and HINDS were found to be Jamaican citizens, in the United States illegally, and were detained by CBP. Further investigation into the immigration status of HINDS showed HINDS had entered the United States on July 22, 2011, on a visitor's Visa, with authorization to remain in the United States no longer than six months.  Per CBP, HINDS remained in the United States beyond the six months he was allowed without authorization from the Department of Homeland Security.  Due to HINDS violating his immigration status, he was placed in removal proceedings on July 18, 2019 and housed at the Seneca County Jail.

## **CONCLUSION**

Based upon the above facts and circumstances, there is probable cause to believe that on June 18, 2019, in the Northern District of Ohio, Eastern Division, STEVEN AL-JAY HINDS (i) knowing he was an alien illegally or unlawfully in the United States, knowingly possessed a firearm, to wit, a North American Arms .22 caliber Derringer serial #L200190 and a Smith & Wesson .357 magnum revolver, serial #CWZ3207, and the firearm was in and affecting commerce, in violation of 18 U.S.C. § 922(g)(5); and (ii) knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of fentanyl and 4-ANPP, Schedule II

- 9 -

controlled substances, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

_____
Stephanie M. Laughlin
Special Agent
Drug Enforcement Administration

Sworn to via telephone after
submission by reliable electronic
means. Crim.Rules. 4.1; 41(d)(3)



Thomas M. Parker
United States Magistrate Judge
9:06 AM, Jul 23, 2019